# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TRELLIS GARVIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-282 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

Defendant's motion to stay the case in light of the lapse in Government appropriations (doc. 5) is **DENIED** as moot. *See* MC119-002 (stay lifted due to restoration of appropriations).

**SO ORDERED,** this __6th__ day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA