UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRELLIS GARVIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-CV-00282 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' Joint Motion to Modify the Briefing Schedule and for a Partial Stay of Discovery, it is hereby **ORDERED** that the motion is **GRANTED** pursuant to Fed. R. Civ. P. 6(b) and 26(c). Plaintiff Trellis Garvin may take the deposition of Mitchell Champion, but all other discovery is **STAYED** until the Court renders a decision on the government's motion for summary judgment, Doc. 12. Garvin's response to the motion for summary judgment shall be due on July 5, 2019.

**SO ORDERED**, on this 7th of May, 2019

_____
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia